UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LAMONT MAJOR,

                                        Plaintiffs,

          -against-

THE CITY OF NEW YORK, CAPTAIN MORALES # 1300, CORRECTION OFFICERS HAYDEN # 9367,

                                        Defendants.

**NOTICE OF APPEARANCE**

07 CV 3738 (DC)

(filed by ECF)

------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that Susan P. Scharfstein hereby enters an appearance for defendant City of New York, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo. Please forward any notices concerning this case to the undersigned.

       I certify that I am admitted to practice before this Court.

Dated:     New York, New York
             May 25, 2007

                            MICHAEL A. CARDOZO
                            Corporation Counsel of the
                             City of New York
                            Attorney for Defendant City of New York
                            100 Church Street
                            New York, New York  10007
                            (212) 227-4071
                            sscharfs@law.nyc.gov

                            By:            /S/
                                  SUSAN P. SCHARFSTEIN (SS 2476)