```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
LAMONT MAJOR,                     :

                Plaintiff,        :

        - against -               :         ORDER

THE CITY OF NEW YORK et al.,      :         07 Civ. 3738 (DC)

                Defendants.       :

- - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

**CHIN, District Judge.**

       It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, any party may apply by letter within the sixty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       The pre-trial conference scheduled for June 27, 2008 is cancelled.

       SO ORDERED.

Dated:   New York, New York
           June 4, 2008

                                          DENNY CHIN
                                      United States District Judge